IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DRISKELL,

     Plaintiff,                    No. 2:16-cv-1602-MCE-CMK P

   vs.

MATOLON,                   <u>ORDER</u>

     Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request to engage in discovery (Doc. 7). However, service of his complaint has not been authorized and no answer in response thereto has been filed. This case is therefore not at issue, and the time to engage in discovery has not yet commenced. Plaintiff's request is premature and is denied as such. When and if this case proceeds beyond screening, and an answer to the complaint is filed, discovery will commence in the normal course of this action.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery (Doc. 7) is denied as premature.

DATED: March 27, 2017

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

1